# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA GALBREATH-BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-80-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

    Plaintiff filed this action seeking review of the decision of the Commissioner denying her application for disability benefits and supplemental security income. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On October 30, 2012, Judge Bacharach issued a Report and Recommendation wherein he recommended that the decision of the Commissioner be reversed and that the matter be remanded for further credibility findings. The record reflects that no objection has been filed and neither side has filed an objection to the Report and Recommendation. Accordingly, the Report and Recommendation is therefore adopted and the matter is hereby remanded to the Commissioner for further proceedings consistent with the Report and Recommendation.

    IT IS SO ORDERED this 19th day of November, 2012.

*/s/ David L. Russell*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE